# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2018

154033

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KENNETH AARON MALONE,
        Defendant-Appellant.

SC: 154033
COA: 331903
Macomb CC: 2015-001129-FH

_____/

By order of September 27, 2016, the application for leave to appeal the May 4, 2016 order of the Court of Appeals was held in abeyance pending the decision in *People v Temelkoski* (Docket No. 150643). On order of the Court, the case having been decided on January 24, 2018, 501 Mich ___ (2018), the application is again considered and, it appearing to this Court that the cases of *People v Tucker* (Docket No. 152798) and *People v Snyder* (Docket No. 153696) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



a0516

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2018



Clerk